# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| KATE MOORE, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>FACTS ON DEMAND, INC.,<br><br>                Defendant. | Civil Action File<br>No. 1:24-cv-02191-MHC-CCB |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Kate Moore hereby notifies the Court following the Parties' December 12, 2025 mediation that the Parties have reached an agreement to settle Plaintiff's claims. Each party will bear its/her own fees and costs. Plaintiff anticipates all aspects of settlement will be finalized within sixty (60) days of the filing of this Notice. At such time, the Parties will file a Stipulation of Dismissal with Prejudice.

Respectfully submitted this 18th day of December, 2025.

By: /s/Andrew L. Weiner
Andrew L. Weiner
Georgia Bar No. 808278
Jeffrey B. Sand
Georgia Bar No. 181568
WEINER & SAND LLC
6065 Roswell Road - Suite 700-121
Atlanta, Georgia 30305
aw@wsjustice.com
js@wsjustice.com
(404) 254-0842 Tel.
(404) 205-5029 Tel.
(866) 800-1482 Facsimile

*Counsel for Plaintiff*

-3-

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| KATE MOORE, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Civil Action File No. 1:24-cv-02191-MHC-CCB |
| v. | |
| FACTS ON DEMAND, INC., | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 18th day of December, 2025, a copy of the foregoing was served via the Court's CM/ECF filing system, which will send notice of the filing to all counsel of record.

/s/ Andrew Weiner
Counsel for Plaintiff