## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

**KATE MOORE, individually and on behalf of all others similarly situated,**

        **Plaintiff,**

**v.**

**FACTS ON DEMAND, INC.,**

        **Defendant.**

**CIVIL ACTION FILE**

**NO.  1:24-CV-2191-MHC-CCB**

## ORDER

The parties having informed the Court of settlement, the Court hereby **DIRECTS** the Clerk to administratively close this case.  These parties shall file a dismissal upon finalization of the settlement documents.  If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

**IT IS SO ORDERED** this 19th day of December, 2025.

MARK H. COHEN
United States District Judge

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  Administrative closure will not prejudice the rights of the parties to this litigation in any manner.